**No. 09-9775. LaKeith Raqib Amir-Sharif, Petitioner v. Texas.**

561 U.S. 1050, 131 S. Ct. 47, 177 L. Ed. 2d 1137, 2010 U.S. LEXIS 5643.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 930, 130 S. Ct. 3331, 176 L. Ed. 2d 1229, 2010 U.S. LEXIS 4274.

**No. 09-9819. Isaak Goltsman, Petitioner v. Almquist & Gilbert, P.C., et al.**

561 U.S. 1050, 131 S. Ct. 47, 177 L. Ed. 2d 1137, 2010 U.S. LEXIS 5636.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 941, 130 S. Ct. 3357, 176 L. Ed. 2d 1249, 2010 U.S. LEXIS 4404.

**No. 09-9829. Louis David Johnson, Jr., Petitioner v. Rick Wertanen.**

561 U.S. 1050, 131 S. Ct. 48, 177 L. Ed. 2d 1137, 2010 U.S. LEXIS 5662.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 912, 130 S. Ct. 3294, 176 L. Ed. 2d 1198, 2010 U.S. LEXIS 4064.

**No. 09-9853. Keith Leslie Jamerson, Petitioner v. California.**

561 U.S. 1050, 131 S. Ct. 48, 177 L. Ed. 2d 1137, 2010 U.S. LEXIS 5658.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 942, 130 S. Ct. 3358, 176 L. Ed. 2d 1251, 2010 U.S. LEXIS 4425.

**No. 09-9960. Eusebio Escobar de Jesus, Petitioner v. United States.**

561 U.S. 1051, 131 S. Ct. 50, 177 L. Ed. 2d 1137, 2010 U.S. LEXIS 5671.

August 16, 2010. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 559 U.S. 1114, 130 S. Ct. 2424, 176 L. Ed. 2d 937, 2010 U.S. LEXIS 3680.

**No. 09-9969. Colin Kelly Kaufman, Petitioner v. Texas.**

561 U.S. 1050, 131 S. Ct. 48, 177 L. Ed. 2d 1137, 2010 U.S. LEXIS 5646.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 955, 130 S. Ct. 3393, 177 L. Ed. 2d 307, 2010 U.S. LEXIS 4591.

**No. 09-10010. Patricia Ann Ingle, Petitioner v. Deutsche Bank National Trust Company.**

561 U.S. 1050, 131 S. Ct. 48, 177 L. Ed. 2d 1137, 2010 U.S. LEXIS 5645.

August 16, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 956, 130 S. Ct. 3388, 177 L. Ed. 2d 308, 2010 U.S. LEXIS 4626.